FILED
9/9/2019

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | VIOLATION: 7353820 |
| Plaintiff, | Location Code: M13 |
| vs. | ORDER |
| RYAN P. MURPHY, | |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 7353820 (for a total of $180), and for good cause shown,

IT IS ORDERED that the $180 fine ($150 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353820.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 9th day of September, 2019.

John Johnston
United States Magistrate Judge